Eric
Price Austin court of Appeals

Not
JR   I do have a question, how can this court, or any court
1848099   can make a decision on any case without getting all
code   of the evidence and All of the Profe, that I am innocent,
27808   I did not Even get to speak at my trial and yes I did
want to, it is in the transcripts, so is the accussed
Saying that I Am (NOT Guilty).
The sheriffs Department is allso holding back profe of my
innocents,
The Profe is in the transcripts that my wittnesses were
not even subpeonad,

why didnt you look at the video TAre of the acctadent

The Trial Attorny did not even sith at the defense
table!

This is a Proven illegal conviction, and Proven very
Vendictive,

I want you to answer the truth, not a Dr up.

Transcript the transcript does not match the recording
so how can Anyone Judge Anyone?

Jury charge is and was vendictive Allso, And you know

Answer Pleas   Thank you

Eric Ray Price
1848099

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 01 2015
Abel Acosta, Clerk